IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO McKINNEY, K-74846, | ) | |
| Plaintiff(s), | ) | No. C 10-5240 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| WORKERS' COMPENSATION<br>APPEAL BOARD, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff, a prisoner at Salinas Valley State Prison (SVSP), has filed a pro se civil rights complaint under 42 U.S.C. § 1983 seeking relief from the denial of state workers' compensation benefits.

Unfortunately for plaintiff, the denial of state workers' compensation benefits does not in of itself amount to the denial of a right secured by the Constitution or laws of the United States, an essential element of a § 1983 claim. See West v. Atkins, 487 U.S. 42, 48 (1988).  Plaintiff's allegations here amount to no more than a state law claim that should be brought in the state courts.

The complaint is DISMISSED for failure to state claim under § 1983 and the clerk is instructed to enter judgment and close the file.

SO ORDERED.

DATED:   December 2, 2010

_____
CHARLES R. BREYER
United States District Judge